UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C., § § § Plaintiff, § § v. § § DOE 1 d/b/a ZemTV, Does 2-4, § individually and together d/b/a § *www.tvaddons.ag*, *www.tvaddons.org*, and § *www.streamingboxes.com*, § § Defendants. § § | Civil Action No. 4:17-cv-01618 |

## PLAINTIFF DISH NETWORK L.L.C.'s DISCLOSURE STATEMENT

Plaintiff DISH Network L.L.C. provides the following disclosures under Federal Rule of Civil Procedure 7.1.

1. Plaintiff DISH Network L.L.C. is a limited liability company organized under the laws of the State of Colorado, with its principal place of business located at 9601 South Meridian Blvd., Englewood, Colorado 80112. DISH Network L.L.C.'s sole member is DISH DBS Corporation, which is wholly owned by DISH Orbital Corporation. DISH Orbital Corporation is wholly owned by DISH Network Corporation, which is publicly owned and traded on the NASDAQ national market under the symbol "DISH."

2. No other publicly held entity owns 10% or more of the stock of DISH Network L.L.C., DISH DBS Corporation, DISH Orbital Corporation, or DISH Network Corporation.

Dated:  May 30, 2017

    Respectfully submitted,

    **HAGAN NOLL & BOYLE LLC**

By: s/ Stephen M. Ferguson
    Stephen M. Ferguson (attorney-in-charge)
    Texas Bar No. 24035248
    Southern District of Texas Bar No. 614706
    Two Memorial City Plaza
    820 Gessner, Suite 940
    Houston, Texas 77024
    Telephone: (713) 343-0478
    Facsimile: (713) 758-0146

    Joseph H. Boyle (of counsel)
    Texas Bar No. 24031757
    Southern District of Texas Bar No. 30740

    **Counsel for Plaintiff DISH Network L.L.C.**