United States District Court
Southern District of Texas

**ENTERED**
June 19, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C., § § § Plaintiff, § § v. § § DOE 1 d/b/a ZemTV, Does 2-4, § individually and together d/b/a § *www.tvaddons.ag, www.tvaddons.org*, and § *www.streamingboxes.com*, § § Defendants. § § | Civil Action No. 4:17-cv-1618 |

### ORDER GRANTING PLAINTIFF DISH NETWORK L.L.C.'s MOTION FOR LEAVE TO CONDUCT EXPEDITED DISCOVERY AND ISSUANCE OF LETTERS OF REQUEST

Having considered the motion for leave to conduct expedited discovery and issuance of letters of request filed by Plaintiff DISH Network L.L.C. ("DISH"), and good cause appearing, the Court GRANTS the motion and ORDERS that:

1. DISH may immediately serve the subpoenas attached as exhibits to the declaration of Stephen Ferguson on the relevant third-party service providers to identify Defendants.

2. The Clerk of the Court shall execute the attached letters of request to iomart Hosting Ltd. and UK-2 Ltd., both of the United Kingdom, Online SAS of France, and Contabo GmbH of Germany within five days from the date of this order.

3. DISH may immediately serve the letters of request upon receiving executed copies from the Court.

4. To the extent additional third parties are identified in the discovery responses that are reasonably likely to have identifying information concerning Defendants, DISH shall be entitled to serve discovery on same for the purpose of identifying Defendants.

It is so ORDERED.

Dated: June 19, 2017

_____
United States District Judge