United States District Court
Southern District of Texas

**ENTERED**
August 25, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C., § § § Plaintiff, § v. § § DOE 1 d/b/a ZemTV, Does 2-4, § individually and together d/b/a § www.tvaddons.ag, www.tvaddons.org, and § www.streamingboxes.com, § § Defendants. § § | Civil Action No. 4:17-cv-01618 |

## Order Granting Plaintiff DISH Network L.L.C.'s Motion for Extension of Time to Serve

Having considered Plaintiff DISH Network L.L.C.'s motion for extension of time to serve, and good cause appearing, the Court grants the motion and orders that:

DISH Network has an additional 90 days, or until November 27, 2017, in order to effectuate service of process on Defendants.

It is so ordered.

Signed on __August 25__, 2017, at Houston, Texas.

_____
Vanessa D. Gilmore
United States District Judge