UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C., § § Plaintiff, § v. § § SHAHJAHAN DURRANI, d/b/a ZemTV, § and ADAM LACKMAN, d/b/a § www.tvaddons.ag, *www.tvaddons.org*, § *www.streamingboxes.com*, and § *www.offshoregit.com,* § § Defendants. § § | Civil Action No. 4:17-cv-01618 |

### **Plaintiff DISH Network's Motion to Continue Conference**

Plaintiff DISH Network L.L.C. ("DISH") requests that the Court continue the initial pretrial and scheduling conference set for October 20, 2017 to a date after service of process on defendants has been accomplished.

There is good cause for granting this continuance because DISH filed its Amended Complaint on September 25, 2017 (Dkt. 10) substituting the true names of the defendants for the placeholder "John Doe" parties listed in the original complaint. DISH also received an extension of time from this Court to accomplish service of process on defendants up to November 27, 2017 (Dkt. 9).  The two defendants are located in the United Kingom and Canada, respectively, and summonses have been issued for each defendant. (Dkts. 11, 11-1).

The Court should grant DISH's request to continue the initial pretrial and scheduling conference set to a date in December 2017 or January 2018 in order to allow for service of process to occur as previously ordered, and to provide adequate time after service for the parties to confer and submit the joint report of meeting and joint discovery/case management plan as required by the order for conference and disclosure of interested parties (Dkt. 4).

Dated:  October 10, 2017.

Respectfully submitted,

**HAGAN NOLL & BOYLE LLC**

By: s/ Joseph H. Boyle
    Joseph H. Boyle (of counsel)
    Texas Bar No. 24031757
    Southern District of Texas Bar No. 30740
    Two Memorial City Plaza
    820 Gessner, Suite 940
    Houston, Texas 77024
    Telephone: (713) 343-0478
    Facsimile: (713) 758-0146

    Stephen M. Ferguson (attorney-in-charge)
    Texas Bar No. 24035248
    Southern District of Texas Bar No. 614706

    Counsel for Plaintiff DISH Network L.L.C.