## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| DISH NETWORK L.L.C., | § § § | Civil Action No. 4:17-cv-01618 |
| Plaintiff, | § § | |
| v. | § § | |
| SHAHJAHAN DURRANI, d/b/a ZemTV, and ADAM LACKMAN, d/b/a *www.tvaddons.ag*, *www.tvaddons.org*, *www.streamingboxes.com*, and *www.offshoregit.com,* | § § § § § § | |
| Defendants. | § § § | |

### Order Granting Plaintiff DISH Network's Motion to Continue Conference

Having considered Plaintiff DISH Network's motion to continue the initial pretrial and scheduling conference set for October 20, 2017, and good cause appearing, the Court GRANTS the motion and ORDERS that:

The initial pretrial and scheduling conference shall be continued, and reset to _____, or such other date as further ordered by the Court.

It is so ordered.

SIGNED on _____, 2017.

Vanessa D. Gilmore
United States District Judge