## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2017, I served the following documents described as:

- Plaintiff DISH Network's Motion to Continue Conference

- [Proposed] Order Granting Plaintiff DISH Network's Motion to Continue Conference

by placing the documents in a sealed envelope with postage thereon fully prepaid and then deposited the envelopes with the United States Postal Service, addressed to the following non-CM/ECF participant:

Adam Lackman
301-430 rue McGill
Montreal, Quebec, H2Y 2G1
Canada
*Defendant*

Shahjahan Durrani
18, The Quadrangle
London, W2 2RN
United Kingdom
*Defendant*

_____
Kayla Derks