United States District Court
Southern District of Texas

**ENTERED**
October 18, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | HOUSTON | Case Number | 4:17-cv-01618 |
|---|---|---|---|

| DISH NETWORK L.L.C., |
|---|
| *versus* |
| SHAHJAHAN DURRANI and ADAM LACKMAN |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Jason E. Sweet<br>Booth Sweet LLP<br>32R Essex Street<br>Cambridge, MA 02139<br>T: 617.250.8619 / E: jsweet@boothsweet.com<br>MA BBO #668596 / 1st Cir. #1155137 |
|---|---|

| Name of party applicant seeks to appear for: | ADAM LACKMAN |
|---|---|

| Has applicant been sanctioned by any bar association or court?  Yes _____  No ✓ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 10.17.2017 | Signed: /s/ Jason Sweet |
|---|---|

| The state bar reports that the applicant's status is: Active | |
|---|---|
| Dated: 10/18/17 | Clerk's signature: *[signature]* |

**Order**

Dated: 10-18-17

This lawyer is admitted *pro hac vice*.

*[signature]*
United States District Judge