UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | | Case Number | 4:17-cv-01618 |
|---|---|---|---|

| DISH NETWORK, LLC |
|---|
| *versus* |
| SHAHJAHAN DURRANI AND ADAM LACKMAN |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Erin Russell<br>The Russell Firm, LLC<br>1519 W. Haddon Avenue, Suite D<br>Chicago, IL 60642<br>(312) 994-2424; erin@russellfirmchicago.com<br>IL (6287255) and GA (141494) ✔<br>Admitted Northern District of Illinois, Central District of Illinois, Northern District of Georgia, Middle District of Georgia, Eastern District of Wisconsin, Western District of Wisconsin and District of Colorado |
|---|---|

| Name of party applicant seeks to appear for: | Defendant Adam Lackman |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 10/17/2017 | Signed: |
|---|---|

| The state bar reports that the applicant's status is: active |
|---|
| Dated: 10/24/17 | Clerk's signature |

| Order | This lawyer is admitted *pro hac vice*. |
|---|---|

Dated: _____   _____
United States District Judge