# UNITED STATES DISTRICT COURT
## for the
## Southern District of Texas

| | |
|---|---|
| DISH NETWORK L.L.C., | Civil Action No. 4:17-cv-01618 |
| *Plaintiff(s)* v. | AFFIDAVIT OF SERVICE OF SUMMONS IN A CIVIL ACTION, DATED THE 26TH DAY OF SEPTEMBER 2017, TOGETHER WITH THE FIRST AMENDED COMPLAINT, DATED THE 25TH DAY OF SEPTEMBER 2017, THE ORDER AND PROCEDURES, WITH THE JOINT PRE-TRIAL ORDER WITH THE JOINT DISCOVERY/ CASE MANAGEMENT PLAN, SCHEDULING ORDER AND THE CERTIFICATE OF SERVICE AND NOTICE |
| SHAHJAHAN DURRANI, d/b/a ZemTV and ADAM LACKMAN, d/b/a www.tvaddons.ag, www.tvaddons.org www.streamingboxes.com and www.offshoregit.com | |
| *Defendant(s)* | |

**AFFIDAVIT OF CESAR SEPULVEDA**

Cesar Sepulveda, being duly sworn, Deposes and says as follows:-

1. That Deponent is not a party to this action, is over 18 years of age and is employed at 12 Angel Gate, 326 City Road, London EC1V 2PT, England and is a person authorised to effect service of Judicial Process according to the laws of England & Wales.

2. That on Tuesday the 7th day of November 2017, at 11.00am and before 4.30pm, at the Third Floor, Unit 12, Estilo, 7 Wenlock Road, London N1 7SL, England, Deponent personally served Shahjahan Durrani, one of the above named Defendants, with the Summons in a Civil Action, dated the 26th day of September 2017, together with the First Amended Complaint, dated the 25th day of September 2017, the Order and Procedures, with the Joint Pre-Trial

      Order with the Joint Discovery/ Case Management Plan, Scheduling Order and the Certificate of Service and Notice.

3. That at the time and place of service, Shahjahan Durrani admitted his identity and freely accepted personal service and the Defendant is described as an adult Asian male in his late thirties.

4. That copies of the proceedings so served as aforesaid are exhibited hereto and marked "A".

**SWORN AT** )

**IN** )

Akin Palmer LLP
3 Angel Gate
326 City Road
London EC1V 2PT

**THIS** 14 **DAY OF** November 2017 )

**BEFORE ME**

**A SOLICITOR/ COMMISSIONER FOR OATHS**

## UNITED STATES DISTRICT COURT
### for the
### Southern District of Texas

| | |
|---|---|
| DISH NETWORK L.L.C., | Civil Action No. 4:17-cv-01618 |
| *Plaintiff(s)* | |
| v. | AFFIDAVIT OF SERVICE OF SUMMONS IN A CIVIL ACTION, DATED THE 26TH DAY OF SEPTEMBER 2017, TOGETHER WITH THE FIRST AMENDED COMPLAINT, DATED THE 25TH DAY OF SEPTEMBER 2017, THE ORDER AND PROCEDURES, WITH THE JOINT PRE-TRIAL ORDER WITH THE JOINT DISCOVERY/ CASE MANAGEMENT PLAN, SCHEDULING ORDER AND THE CERTIFICATE OF SERVICE AND NOTICE |
| SHAHJAHAN DURRANI, d/b/a ZemTV and ADAM LACKMAN, d/b/a www.tvaddons.ag, www.tvaddons.org www.streamingboxes.com and www.offshoregit.com | |
| *Defendant(s)* | |

**AFFIDAVIT OF CESAR SEPULVEDA**

This is the exhibit marked "A" referred to in the
Affidavit of Cesar Sepulveda sworn before me this
_____ day of November 2017

**A Solicitor/ Commissioner for Oaths**