IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DISH NETWORK, L.L.C., ) | |
| ) | Civil Action No. 4:17-cv-01618 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| SHAHJAHAN DURRANI, d/b/a/ Zem TV, ) | |
| and ADAM LACKMAN, d/b/a ) | |
| www.tvaddons.ag, www.tvaddons.org, ) | |
| www.streamingboxes.com, and ) | |
| www.offsoregit.com, ) | |
| ) | |
| Defendants. ) | |

### DECLARATION OF SHAHJAHAN DURRANI

1. My name is Shahjahan Durrani. I am over the age of 18 years of age, of sound mind, have never been convicted of a felony or a crime of moral turpitude, and am capable of making this Declaration. I have personal knowledge of the facts stated herein. They are true and accurate to the best of my knowledge.

2. I am a British citizen of the United Kingdom. I live in London, England, and have lived in London at all times relevant to this matter.

3. I have never been a resident or a citizen of the State of Texas.

4. I have never owned property in the State of Texas.

5. I have never voted in the State of Texas.

6. I have never personally visited the State of Texas.

7. I have never directed any business activity of any kind to anyone in the State of Texas.

8. I have never directed any personal activity of any kind to anyone in the State of Texas.


EXHIBIT A

9. I have never directed any business activity to the State of Texas.

10. I have never earned any business income in the State of Texas.

11. I have reviewed Plaintiff's Amended Complaint and deny the allegations contained therein.

I declare under penalty of perjury under the laws of the State of Texas and the United States of America that the foregoing is true and correct and that this Declaration is executed on this 5th day of January, 2018, in London, England.

_____
Shahjahan Durrani