# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> SHAHJAHAN DURRANI, d/b/a ZemTV, and ADAM LACKMAN, d/b/a www.tvaddons.ag, www.tvaddons.org, www.streamingboxes.com, and www.offshoregit.com <br><br> Defendants. | § § § § § § § § § § § § § § § § §  Civil Action No. 4:17-cv-01618 |

### Joint Stipulation Regarding Extension of Submission Date for Defendants' Motion to Dismiss

Plaintiff DISH Network L.L.C. and Defendants Shahjahan Durrani and Adam Lackman, by and through their counsel, agree and stipulate to an extension of time to March 1, 2018 for Plaintiff to file a response to Defendants' Motion to Dismiss (Dkt. 24).

Accordingly, pursuant to the Court's Procedures 4.C., the parties request that the Court extend the submission date of Defendants' Motion to Dismiss from January 26, 2018 to March 1, 2018.

Dated:  January 24, 2018

        Respectfully submitted,

        HAGAN NOLL & BOYLE LLC

By: s/ Stephen M. Ferguson
        Stephen M. Ferguson (attorney-in-charge)
        Texas Bar No. 24035248
        Southern District of Texas Bar No. 614706
        Two Memorial City Plaza
        820 Gessner, Suite 940

        Houston, Texas 77024
        Telephone: (713) 343-0478
        Facsimile: (713) 758-0146

        Joseph H. Boyle (of counsel)
        Texas Bar No. 24031757
        Southern District of Texas Bar No. 30740

        Counsel for Plaintiff DISH Network L.L.C.

AGREED:

THE RUSSEL FIRM, LLC

 s/ Erin K. Russell*
Erin K. Russell
Illinois ARDC Number 6287255
*Admitted Pro Hac Vice*
1519 W. Haddon Avenue, Suite D
Chicago, IL 60642
Telephone: (312) 994-2424
Facsimile: (312) 706-9766
erin@russellfirmchicago.com

Counsel for Defendants

*Signed by permission

## Certificate of Conference

    I hereby certify that on January 22, 2018, I emailed a copy of the foregoing document to Defendants' counsel, Erin Russell. Ms. Russell responded approving the filing of this document.

         s/ Stephen M. Ferguson
         Stephen M. Ferguson

## Certificate of Service

    I hereby certify that on January 24, 2018, a true and correct copy of the foregoing document was filed electronically with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to all CM/ECF participants in this case.

         s/ Stephen M. Ferguson
         Stephen M. Ferguson