United States District Court
Southern District of Texas
**ENTERED**
April 19, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C., § § § Plaintiff, § VS. § CIVIL ACTION NO. 4:17-CV-1618 § DOE 1 D/B/A ZEMTV, *et al*, § § § Defendants. § | |

DISH NETWORK L.L.C., §
§
 Plaintiff, §
VS. § CIVIL ACTION NO. 4:17-CV-1618
§
DOE 1 D/B/A ZEMTV, *et al*, §
§
 Defendants. §

## ORDER

**IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss Amended Complaint **(Instrument No. 24)** is **DENIED**.

The Clerk shall enter this Order and provide a copy to all parties.

**SIGNED** on this the 19th day of April, 2018, at Houston, Texas.

**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**