UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C., <br><br> Plaintiff, <br> v. <br><br> SHAHJAHAN DURRANI, d/b/a ZemTV, and ADAM LACKMAN, d/b/a www.tvaddons.ag, www.tvaddons.org, www.streamingboxes.com, and www.offshoregit.com, <br><br> Defendants. | Civil Action No. 4:17-cv-01618 |

---

**UNOPPOSED MOTION TO WITHDRAW DEFENDANT ADAM LACKMAN'S MOTION FOR A MORE DEFINITE STATEMENT [Doc. 30]**

---

Defendant Adam Lackman by and through undersigned counsel, respectfully requests that this Court grant him permission to withdraw as moot Defendant's Motion for a More Definite Statement.

In support of this motion, Defendant asserts the following:

1. Defendant filed his Motion for a More Definite Statement on May 9, 2018 [Doc. 30].
2. On May 14, 2018, Plaintiff requested Defendant withdraw his motion for a more definite statement under Rule 12(e) because it is untimely and barred by Rule 12(g)(2).

WHEREFORE, Defendant asks the Court to enter an Order that withdraws his Motion for a More Definite Statement.

Dated: May 17, 2018

Respectfully,

s/ Jason E. Sweet
BOOTH SWEET LLP
BBO# 668596
32R Essex Street
Cambridge, MA 02139
Tel.: (617) 250-8619
Fax: (617) 250-8883
Email: jsweet@boothsweet.com

*Counsel for Defendant Lackman*
*Pro Hac Vice Appearance*

## CERTIFICATE OF SERVICE

This is to certify that on May 17, 2018, this document was filed with the Court via the CM/ECF electronic filing system, thereby serving it upon all counsel of record.

s/ Jason E. Sweet