United States District Court
Southern District of Texas
**ENTERED**
May 17, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C., §§§§§§§§§§§§§§§§§§§§§§ | |
| Plaintiff, | |
| VS. | CIVIL ACTION NO. 4:17-CV-1618 |
| DOE 1 D/B/A ZEMTV DOES 2-4 INDIVIDUALLY AND TOGETHER D/B/A WWW.TVADDONS.AG, WWW.TVADDONS.ORG, AND WWW.STREAMINGBOXES.COM SHAHJAHAN DURRANI, D/B/A ZEMTV ADAM LACKMAN, D/B/A/ WWW.TVADDONS.AG, WWW.TVADDONS.ORG, WWW.STREAMINGBOXES.COM, AND WWW.OFFSHOREGIT.COM, | |
| Defendants. | |

### O R D E R

Having considered the Unopposed Motion to Withdraw Defendant Adam Lackman's Motion for a More Definite Statement, the Court hereby finds the motion should be **GRANTED**. It is therefore,

**ORDERED** that Defendant Adam Lackman's Motion for a More Definite Statement is **WITHDRAWN AS MOOT.**

**SIGNED** on this the 17th day of May, 2018, at Houston, Texas.

**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**