Subject: Re: Motion to Dismiss
From: Shahjahan Durrani <shahjahandurrani@hotmail.com>
Date: 5/7/18, 12:59 PM
To: Erin Russell <erin@russellfirmchicago.com>

Hi Erin,
As discussed on the call I want you to stop representing me from the case. I don't have enough resources to fight this case completely with four kids that I am raising and anything more I do will be seem to be submitting to the US Courts which I am not going to do unless I have enough money to fight the case.

I am thankful to you and your support during the trial.

Durrani