# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| DISH NETWORK L.L.C., | § § § | |
| Plaintiff, | § | Civil Action No. 4:17-cv-01618 |
| | § | |
| v. | § § | |
| SHAHJAHAN DURRANI, d/b/a ZemTV, and ADAM LACKMAN, d/b/a www.tvaddons.ag, www.tvaddons.org, www.streamingboxes.com, and www.offshoregit.com | § § § § § § § | |
| Defendants. | § § | |

### Plaintiff DISH Network L.L.C.'s Application for Clerk's Entry of Default Against Defendant Shahjahan Durrani

Pursuant to Fed. R. Civ. P. 55(a), Plaintiff DISH Network L.L.C. ("DISH") respectfully requests that the Clerk enter default against Defendant Shahjahan Durrani ("Durrani") with regard to the allegations in DISH's first amended complaint (Dkt. 10).

On November 7, 2017, Durrani was personally served with a copy of the summons, DISH's first amended complaint (Dkt. 10), and Order for Conference and Disclosure of Interested Parties (Dkt. 4), by a person authorized to effect service of Judicial Process according to the laws of England & Wales. (Dkt. 19.) Service in this manner was proper under Fed. R. Civ. P. 4(f)(2).

Durrani filed a motion to dismiss on January 5, 2018. (Dkt. 24.) Durrani's motion to dismiss was denied on April 19, 2018. (Dkt. 29.) Durrani was required to file a responsive pleading within 14 days of the denial of his motion to dismiss, which was May 3, 2018. *See* Fed. R. Civ. P. 12(a)(4)(A). To date, Durrani has not filed an answer or other responsive pleading or requested additional time to do so. (Declaration of Stephen Ferguson ¶ 3.) Durrani is not a minor, incompetent, or exempt under the Servicemembers' Civil Relief Act. (*See* Dkt. 24-1, Declaration of Durrani ¶¶ 1-2.) Accordingly, the Clerk should enter default against Durrani.

Dated:  May 18, 2018

                                      Respectfully submitted,

                                      **HAGAN NOLL & BOYLE LLC**

By:  s/ Stephen M. Ferguson
      Stephen M. Ferguson (attorney-in-charge)
      Texas Bar No. 24035248
      Southern District of Texas Bar No. 614706
      Two Memorial City Plaza
      820 Gessner, Suite 940
      Houston, Texas 77024
      Telephone: (713) 343-0478
      Facsimile: (713) 758-0146

      Joseph H. Boyle (of counsel)
      Texas Bar No. 24031757
      Southern District of Texas Bar No. 30740

      **Counsel for Plaintiff DISH Network L.L.C.**

## Certificate of Service

I hereby certify that on May 18, 2018, a true and correct copy of the foregoing document was filed electronically with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to all CM/ECF participants in this case.

                                                        s/ Stephen M. Ferguson
                                                        Stephen M. Ferguson