United States District Court
Southern District of Texas

**ENTERED**
May 24, 2018
David J. Bradley, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C., § § Plaintiff, § § v. § § SHAHJAHAN DURRANI, d/b/a ZemTV, § and ADAM LACKMAN, d/b/a § www.tvaddons.ag, www.tvaddons.org, § www.streamingboxes.com, and § www.offshoregit.com § § Defendants. § § | Civil Action No. 4:17-cv-01618 |

### Order Entering Default Against Defendant Shahjahan Durrani

Plaintiff DISH Network L.L.C. has requested that default be entered against Defendant Shahjahan Durrani ("Durrani"). The record in the above-entitled action indicates that Durrani was served with the Summons, First Amended Complaint and Order for Conference and Disclosure of Interested Parties and that Durrani has failed to properly plead, respond, or otherwise defend this action as directed, and as provided in the Federal Rules of Civil Procedure.

The Clerk hereby makes an entry of default against Durrani.

**It is so ORDERED.**

**SIGNED** on this the 23rd day of May, 2018, at Houston, Texas.

**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**