IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DISH NETWORK, L.L.C., ) | |
| ) | Civil Action No. 4:17-cv-01618 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| SHAHJAHAN DURRANI, d/b/a/ Zem TV, ) | |
| and ADAM LACKMAN, d/b/a ) | |
| www.tvaddons.ag, www.tvaddons.org, ) | |
| www.streamingboxes.com, and ) | |
| www.offshoregit.com, ) | |
| ) | |
| Defendants. ) | |

## SUPPLEMENT TO ATTORNEY ERIN K. RUSSELL'S MOTION TO WITHDRAW AS COUNSEL FOR SHAHJAHAN DURRANI

COMES NOW Attorney Erin K. Russell, counsel for Defendant Shahjahan Durrani, and brings this Motion to Withdraw as Counsel pursuant to L.R. 83.2, and requests that the Court grant this motion and permit her to withdraw as counsel for Defendant Durrani, showing the Court as follows:

On May 18, 2018, the undersigned filed her Motion to Withdraw as counsel to Defendant Shahjahan Durrani. [ECF No. 34]. On May 24, 2018, counsel received notice from the Clerk of Courts requesting that she supplement her motion with contact information for Defendant Durrani.

The undersigned attempted to obtain the requested information from Durrani. Durrani has declined to provide the requested information. [Ex A, Declaration of Erin K. Russell]. The undersigned has provided Defendant with copies of her Motion to Withdraw, Plaintiff's Motion for Entry of Default, and the Clerk's Default. [Ex A]. Durrani expressly authorized the undersigned to attach as an Exhibit to her Declaration a copy of his email refusing to provide the requested contact information.

WHEREFORE, the undersigned respectfully requests that the Court grant this motion and enter an order permitting her to withdraw as counsel for Mr. Durrani in this matter.

Respectfully submitted,

THE RUSSELL FIRM, LLC
1519 W. Haddon Avenue, Suite D
Chicago, Illinois 60642
Telephone: (312) 994-2424
Facsimile: (312) 706-9766

/s/ Erin K. Russell
Erin K. Russell
Illinois ARDC Number 6287255
*Admitted Pro Hac Vice*
Email: erin@russellfirmchicago.com

**ATTORNEY FOR DEFENDANT
SHAHJAHAN DURRANI**

CERTIFICATE OF SERVICE

    This is to certify that on May 25, 2018, this document was filed with the Court via the CM/ECF electronic filing system, thereby serving it upon all counsel of record. A copy has also been served upon Shahjahan Durrani via email at shahjahandurrani@hotmail.com.

/s/ Erin K. Russell