United States District Court
Southern District of Texas
**ENTERED**
May 30, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DISH NETWORK L.L.C., | § § § | |
| Plaintiff, | § | |
| VS. | § § | CIVIL ACTION NO. 4:17-CV-1618 |
| DOE 1 D/B/A ZEMTV, *et al*, | § § § | |
| Defendants. | § | |

## ORDER GRANTING WITHDRAWAL OF COUNSEL

After considering Defendant's Motion to Withdraw as Counsel for Shahjahan Durrani, the Court is of the opinion that the motion should be **GRANTED.**

**IT IS THEREFORE ORDERED** that Erin K. Russell be withdrawn as attorney of record for Shahjahan Durrani.

**SIGNED** on the 30th day of May, 2018, at Houston, Texas.

_____
**VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE**