UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DISH NETWORK L.L.C., | § § § § § § § § § § § § § § § | |
| Plaintiff, | | Civil Action No. 4:17-cv-01618 |
| v. | | |
| SHAHJAHAN DURRANI, d/b/a ZemTV, and and ADAM LACKMAN, d/b/a www.tvaddons.ag, www.tvaddons.org, www.streamingboxes.com, and www.offshoregit.com | | |
| Defendants. | | |

**Order Compelling Production and Entering Sanctions**

Having considered Plaintiff DISH Network L.L.C.'s ("DISH") letter regarding discovery dispute (Dkt. 39) and the telephone conference held on July 13, 2018, the Court ORDERS:

1. Within five days of this Order, Adam Lackman ("Lackman") must produce:

    a. All documents identifying his revenues, costs, and gross profits relating to Tvaddons.ag or Offshoregit.com from February 17, 2015 through June 4, 2017;

    b. All documents identifying each payment, donation, or other transfer of currency, cryptocurrency or thing of value made to

1

  him relating to Tvaddons.ag or Offshoregit.com from February 17, 2015 through June 4, 2017;

c. All documents identifying any marketing revenue or monetization received relating to Tvaddons.ag or Offshoregit.com from February 17, 2015 through June 4, 2017;

d. The name and address of each of his financial institutions, including all banks, payment processors, and cryptocurrency exchanges from February 17, 2015 through the date of this Order;

e. All documents concerning co-defendant and ZemTV addon developer, Shahjahan Durrani;

f. All documents concerning the ZemTV addon; and

g. All documents concerning the television channels identified in paragraph 10 of DISH's amended complaint, specifically Aaj Tak, Aastha Bhajan, Aastha TV, ARY Digital, ARY News, B4U Movies, B4U Music, Dunya TV, Express Entertainment, Express News, Geo News, Geo TV, Hum Masala, Hum Sitaray, Hum TV, India Today (Headlines Today), Movies OK, Sahara One, Sahara Samay, Times Now, and Zoom.

2.    DISH is authorized to take Lackman's deposition twice in this case, with each deposition lasting up to 7 hours.

3.    As appropriate sanctions, Lackman is ordered to pay $2,835.00 to DISH within five days of this order, consisting of DISH's reasonable attorney's fees related to this discovery dispute.

4.    Violation of this Order may subject Lackman or his counsel to all applicable penalties, including further sanctions.

It is so ordered.

SIGNED on July ___, 2018.

                                                                    _____
                                                                    Vanessa D. Gilmore
                                                                    United States District Judge