United States District Court
Southern District of Texas
**ENTERED**
July 13, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DISH NETWORK L.L.C., | § § | |
| Plaintiff, | § § | |
| v. | § § | CASE NO. 4:17-CV-01618 |
| SHAHJAHAN DURRANI, d/b/a ZEMTV, and ADAM LACKMAN, d/b/a www.tvaddons.ag, www.tvaddons.org, www.streamingboxes.com, and www.offshoregit.com, | § § § § § § | |
| Defendants. | § § | |

## O R D E R

A telephonic conference was held on July 13, 2018, regarding Plaintiff Dish Network L.L.C.'s request for an order compelling Defendant Adam Lackman to provide discoverable documents. (*See* Instrument No. 39). Counsels for Plaintiff Dish Network L.L.C. and for Defendant Adam Lackman appeared by phone. After the Court inquired why Lackman had failed to provide the discoverable documents, defense counsel for Lackman, Jason E. Sweet, falsely stated to the Court: "If you are going to yell at me, this conversation is over. I don't care if you are a judge," and hung up the phone prior to the conclusion of the teleconference.

Mr. Sweet's conduct was made on record during a judicial proceeding conducted by and directed at the presiding judge. His language and conduct constitute an egregious disruption of court proceedings meant to obstruct the Court's ability to order Defendant Lackman to produce discoverable information, and calculated to lessen the authority and dignity of the Court. While speech is constitutionally protected, there is a public interest in maintaining a sufficient respect for the courts. Moreover, Mr. Sweet falsely contended that the Court yelled at him to inhibit the

progress of the matter before the Court which was to determine if his client was improperly withholding discoverable documents.

Accordingly, **IT IS HEREBY ORDERED** that defense counsel, Jason E. Sweet, shall appear before the Court at 515 Rusk Ave., Houston, Texas 77002 in Courtroom 9A on **Monday, September 10, 2018, at 9:30 a.m.** and show good cause why he should not be summarily held in direct contempt of court in accordance with Federal Rule of Civil Procedure 42(b).

The Clerk shall enter this Order and provide a copy to all parties.

**SIGNED** on this the 13th day of July, 2018, at Houston, Texas.

**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**