United States District Court
Southern District of Texas
**ENTERED**
July 20, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C., § § Plaintiff, § VS. § § DOE 1 D/B/A ZEMTV § DOES 2-4 INDIVIDUALLY AND § TOGETHER D/B/A § WWW.TVADDONS.AG, § WWW.TVADDONS.ORG, AND § WWW.STREAMINGBOXES.COM § SHAHJAHAN DURRANI, D/B/A ZEMTV § ADAM LACKMAN, D/B/A/ § WWW.TVADDONS.AG, § WWW.TVADDONS.ORG, § WWW.STREAMINGBOXES.COM, AND § WWW.OFFSHOREGIT.COM, § § Defendants. § § | CIVIL ACTION NO. 4:17-CV-1618 |

## **ORDER**

Having considered Defendant Adam Lackman's Unopposed Request for an Extension of Time to produce discoverable materials by July 24, 2018, the Court hereby finds the motion should be granted.

**SIGNED** on this the 20th day of July, 2018, at Houston, Texas.

**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**