# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| DISH NETWORK L.L.C., | § § § | |
| Plaintiff, | § § | Civil Action No. 4:17-cv-01618 |
| v. | § § § | |
| SHAHJAHAN DURRANI, d/b/a ZemTV, and ADAM LACKMAN, d/b/a www.tvaddons.ag, www.tvaddons.org, www.streamingboxes.com, and www.offshoregit.com | § § § § § § § | |
| Defendants. | § § | |

**Stipulation of Voluntary Dismissal as to Defendant Adam Lackman**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff DISH Network L.L.C. ("DISH") and Defendant Adam Lackman ("Lackman") that all causes of action in DISH's amended complaint as to Lackman are voluntarily dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and a confidential settlement agreement.  DISH and Lackman shall each bear their own fees, costs, and expenses.  This stipulation has no effect on DISH's claims against co-defendant Shahjahan Durrani[1].

Dated:  September 4, 2018

                                                               Respectfully submitted,

                                                               **HAGAN NOLL & BOYLE LLC**

                                                               By:  s/ Stephen M. Ferguson
                                                                     Stephen M. Ferguson (attorney-in-charge)
                                                                     Texas Bar No. 24035248
                                                                     Southern District of Texas Bar No. 614706
                                                                     Two Memorial City Plaza

---

[1] The Court entered default against Shahjahan Durrani on May 23, 2018.  (Dkt. 36.)

820 Gessner, Suite 940
Houston, Texas 77024
Telephone: (713) 343-0478
Facsimile: (713) 758-0146

Joseph H. Boyle (of counsel)
Texas Bar No. 24031757
Southern District of Texas Bar No. 30740

**Counsel for Plaintiff DISH Network L.L.C.**

By: s/ Erin Russell

Erin Russell
Illinois Bar No. 6287255 (*pro hac vice*)
Georgia Bar No. 141494
THE RUSSELL FIRM, LLC
650 W Lake Street, Suite 210A
Chicago, IL 60661
Telephone: (312) 994-2424

Jason E. Sweet
Massachusetts Bar No. 668596 (*pro hac vice*)
BOOTH SWEET LLP
32R Essex Street
Cambridge, MA 02139
Telephone: (617) 250-8619

**Counsel for Defendant Adam Lackman**

## Certificate of Service

I hereby certify that on September 4, 2018, a true and correct copy of the foregoing document was filed electronically with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to all CM/ECF participants in this case.

s/ Stephen M. Ferguson
Stephen M. Ferguson