United States District Court
Southern District of Texas
**ENTERED**
September 10, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C.<br><br>Plaintiffs,<br>VS.<br><br>DOE 1 D/B/A ZEMTV<br>DOES 2-4 INDIVIDUALLY AND<br>TOGETHER D/B/A<br>WWW.TVADDONS.AG,<br>WWW.TVADDONS.ORG, AND<br>WWW.STREAMINGBOXES.COM<br>SHAHJAHAN DURRANI, D/B/A ZEMTV<br>ADAM LACKMAN, D/B/A/<br>WWW.TVADDONS.AG,<br>WWW.TVADDONS.ORG,<br>WWW.STREAMINGBOXES.COM, AND<br>WWW.OFFSHOREGIT.COM,<br><br>Defendants. | CIVIL ACTION NO. 4:17-CV-1618 |

**ORDER**

Having considered Petitioner's Motion to Continue the Show Cause Hearing, the Court hereby finds the motion should be **GRANTED**. It is therefore,

**ORDERED** that the Show Cause hearing is reset for **October 1, 2018** at 9:30 am.

**SIGNED** on this the 10th day of September, 2018, at Houston, Texas.

**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**