United States District Court
Southern District of Texas
**ENTERED**
October 01, 2018
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C., § § Plaintiff, § § v. § § SHAHJAHAN DURRANI, d/b/a ZemTV, § and ADAM LACKMAN, d/b/a § www.tvaddons.ag, www.tvaddons.org, § www.streamingboxes.com, and § www.offshoregit.com § § Defendants. § § | Civil Action No. 4:17-cv-01618 |

### ORDER OF DISMISSAL AS TO DEFENDANT ADAM LACKMAN

Considering the foregoing Rule 41(a) Stipulation of Voluntary Dismissal as to Defendant Adam Lackman,

It is **ORDERED** that the above-entitled cause is hereby **DISMISSED WITH PREJUDICE** as to Defendant Adam Lackman. DISH Network L.L.C. and Adam Lackman shall each bear their own fees, costs, and expenses. This stipulation has no effect on DISH Network L.L.C.'s claims against co-defendant Shahjahan Durrani.

**SO ORDERED**:

SIGNED on this the 1st day of October, 2018, at Houston, Texas.

**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**